### *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of July 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, reframed for clarity, is:

> Whether the Commonwealth Court erred by holding that a local agency is immune under the Tort Claims Act from all statutory damage claims, including claims under the Unfair Trade Practices and Consumer Protection Law, whether the claims sound in contract, tort or otherwise, unless the claim is predicated on a negligent act within one of the eight exceptions to immunity set forth in 42 Pa.C.S. § 8542?

978 A.2d 348

David J. MEYER, Dallas Berry, Charles J. Brown, Jeremy Lee Fox, Martin Gorecki, Anthony J. Hollibaugh, Lisa L. Salyers, Rochell Sykes, Joseph W. Vucick, David L. Wigley, Dennis W. Woodley, Chris Mack and Tammy Muslo, Petitioners

v.

COMMUNITY COLLEGE OF BEAVER COUNTY, Respondent.

Supreme Court of Pennsylvania.

July 30, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of July 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, reframed for clarity, is:

Whether the Commonwealth Court erred by holding that a local agency is immune under the Tort Claims Act from all statutory damage claims, including claims under the Unfair Trade Practices and Consumer Protection Law, whether the claims sound in contract, tort or otherwise, unless the claim is predicted on a negligent act within one of the eight exceptions to immunity set forth in 42 Pa.C.S. § 8542?

978 A.2d 348

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony JACKSON, Petitioner.**

**No. 67 EM 2009.**

Supreme Court of Pennsylvania.

Aug. 5, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of August, 2009, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of the entry of this order.